## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.    **LINDA SEPULVEDA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIV-13-808-W** |
| | ) | |
| 1.    **NEXTCARE OKLAHOMA, LLC** | ) | |
| **d/b/a NEXTCARE URGENT CARE** | ) | |
| **and ACCESS MEDICAL CENTERS** | ) | |
| **f/k/a OKLAHOMA CLINICAL** | ) | |
| **ASSOCIATES** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff,

Linda Sepulveda, hereby stipulates with the Defendant, NextCare Oklahoma, LLC d/b/a

NextCare Urgent Care and Access Medical Centers f/k/a Oklahoma Clinical Associates, that

her claims in the above styled and numbered action shall be dismissed with prejudice.  The

parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS <u>4th</u> DAY OF NOVEMBER, 2013.**

<div style="margin-left:40%">

s/Lauren W. Johnston

Jana B. Leonard, OBA # 17844
Lauren W. Johnston, OBA # 22341
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Telephone:   405-239-3800
Facsimile:    405-239-3801
leonardjb@leonardlaw.net

</div>

1

johnstonlw@leonardlaw.net
*Counsel for Plaintiff*


s/ Angela Clanton Green
*(Signed with permission)*
Angela Clanton Green, *Pro Hac Vice*
TX Bar No. 24040695
Amanda Williams, *Pro Hac Vice*
TX Bar No. 24065281
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Preston Commons West
8117 Preston Rd., Suite 500
Dallas, TX 75225
(214) 369-9216
(214) 987-3927 (Facsimile)
amanda.williams@ogletreedeakins.com
angela.green@ogletreedeakins.com

and

MACK J. MORGAN III, OBA #6397
CROWE & DUNLEVY
A Professional Corporation
20 N. Broadway Ave., Suite 1800
Oklahoma City, Oklahoma 73102
(405) 235-7727
(405) 272-5235 (Facsimile)
mack.morgan@crowedunlevy.com

*Counsel for Defendant*